70 F.3d 1254
 Roger Bieros
v.
Michael Marino, District Attorney, Bruce Castor, Asst. D.A.,
Eagen, III, Asst. D.A., Nicola, Police Chief, Cane
Detective, Boland, Officers, Martynuik, Pizza, Vuotto, Glenn
Gerber, Esq., Dan Glammer, Esq., John Armstrong, Esq.,
Jeanette Dickerson, Esq., Michael F. Hamel, Nancy S.
Samodelov, One Unknown Bridgeport Police Officer
 NO. 95-1067
 United States Court of Appeals,
Third Circuit.
 Oct 20, 1995
 Appeal From: E.D.Pa., No. 93-04485
 
 1
 APPEAL DISMISSED.